UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEONTE BRADY, on behalf of himself and on behalf of all others similarly situated,

    Plaintiff,

v.

    Civil Case No.:

WASTE PRO USA, INC.,

    Defendant.

_____/

## NOTICE OF REMOVAL

Defendant, WASTE PRO USA, INC. ("Waste Pro USA"), by counsel and pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446 and M.D. Fla. Loc. R. 1.06, removes the civil action filed by Plaintiff, DEONTE BRADY, which is currently pending in the Circuit Court of the Seventh Judicial Circuit in and for Volusia County, Florida, Case No. 2022-CA-11719, to the United States District Court for the Middle District of Florida, Orlando Division, on the following grounds:

**I.  STATEMENT OF THE CASE.**

1. On October 28, 2022, Plaintiff filed a Class Action Complaint and Demand for Jury Trial ("Complaint") in the Circuit Court of the Seventh Judicial Circuit in and for Volusia County, Florida, styled *Deonte Brady v. Waste Pro USA, Inc.,* Case No. 2022-CA-11719 (the "State Court Action"). The State Court Action purportedly arises out of an employment relationship between Plaintiff and Waste Pro USA.

2. The Summons and Complaint were served on Waste Pro USA on November 9, 2022. True and correct copies of the Complaint, Docket Sheet, all remaining state court documents, and Civil Cover Sheet, are attached hereto as Exhibits 1 through 4, respectively.

3. Pursuant to 28 U.S.C. § 1446(b), this notice is filed timely within thirty (30) days after Waste Pro USA's receipt of the Summons and Complaint. *See Kennedy v. Bell S. Telecomms., Inc. (AT&T),* 546 Fed.Appx. 817, 818-19 (11th Cir. 2013) ("In cases where there are multiple defendants who are severed at different times, the 'last-served defendant rule' applies."); *see also Bailey v. Janssen Pharmaceutica, Inc.,* 536 F.3d 1202, 1204 (11th Cir. 2008) ("Under the 'last-served defendant rule,' each defendant has thirty days to remove an action to federal court.").

4. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446 because the United States District Court for the Florida District of Florida, Orlando Division, is the federal judicial district embracing the Circuit Court of the Seventh Judicial Circuit in and for Volusia County, Florida, where the State Court Action was originally filed.

**II.    BASIS FOR REMOVAL.**

5. This Court has original jurisdiction over the State Court Action under 28 U.S.C. § 1331 because the allegations in the Complaint assert claims under the Fair Credit Report Act, 15 U.S.C. § 1681, thereby raising federal questions. [*See* Exhibit 2, *generally.*]

6. Because all claims in the Complaint are premised upon (and arise from

the same set of underlying facts) federal law (i.e., 15 U.S.C. § 1681), removal under 28 U.S.C. § 1441(c) is proper.

7. Pursuant to 28 U.S.C. § 1446(a) and M.D. Fla. Loc. R. 7.2(b), copies of all process and pleadings served upon Waste Pro USA, and all papers now on file in the Circuit Court of the Seventh Judicial Circuit in and for Volusia County, Florida, in the State Court Action are attached hereto as Exhibits 1 and 3.

8. Pursuant to 28 U.S.C. § 1446(d), Waste Pro USA will serve written notice of this removal to Plaintiff. Further, Waste Pro USA will file a copy of this Notice of Removal with the clerk of the court in which the State Court Action is currently pending, which shall effect the removal.

9. By virtue of this Notice of Removal, Waste Pro USA does not waive its right to assert any potential defenses or file any motions, including Rule 12 motions, permitted by the Federal Rules of Civil Procedure.

10. Pursuant to Federal Rules of Civil Procedure 6 and 81(c), Waste Pro USA will file a response to the Complaint within the time proscribed by said Rules or in accord with any extensions granted by this Court.

WHEREFORE, Defendant, WASTE PRO USA, INC., respectfully requests this Court exercise jurisdiction over all claims asserted by Plaintiff in the Complaint and issue all necessary orders and process to remove the State Court Action to the United States District Court for the Middle District of Florida, Orlando Division, pursuant to 28 U.S.C. § 1331.

        STOVASH, CASE & TINGLEY, P.A.

        By: <u>/s/Matthew J. Pearce</u>
        Amy S. Shay, Esquire
        Florida Bar No. 0068871
        Primary Email: ashay@sctlaw.com
        Secondary Email: jvega@sctlaw.com
        Matthew J. Pearce, Esquire
        Florida Bar Number 108368
        Primary Email: mpearce@sctlaw.com
        Secondary Email: kfranco@sctlaw.com
        The VUE at Lake Eola
        220 N. Rosalind Avenue
        Orlando, Florida 32801
        Telephone: (407) 316-0393
        Facsimile: (407) 316-8969
        *Counsel for Waste Pro USA, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 6, 2022, I caused a true and correct copy of the foregoing to be served by CM/ECF on all parties listed to receive electronic service for this case.

        <u>/s/ Matthew J. Pearce</u>
        Matthew J. Pearce, Esquire